UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:23cr104 TPB-AAS

21 U.S.C. § 841(a)(1)

MICHAEL DWAN MUNSON

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 16, 2022, in the Middle District of Florida, the defendant,

MICHAEL DWAN MUNSON

did knowingly and intentionally possess with intent to distribute and distribute a controlled substance. The violation involved of a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about January 5, 2023, in the Middle District of Florida, the defendant,

MICHAEL DWAN MUNSON

did knowingly and intentionally possess with intent to distribute and distribute a controlled substance. The violation involved 50 or more grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and of a mixture and substance containing a detectable amount

of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## COUNT THREE

On or about February 15, 2023, in the Middle District of Florida, the defendant,

MICHAEL DWAN MUNSON

did knowingly and intentionally possess with intent to distribute and distribute a controlled substance. The violation involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. The property to be forfeited includes, but is not limited to, a $9,400 order of forfeiture, which constitutes the proceeds of the offenses.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
for: Samantha E. Beckman
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL DWAN MUNSON

## INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of March 2023.

_____
Clerk

Bail $_____

GPO 863 525